UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**STEVEN HOOKS,**
    **Plaintiff,**

**v.**                                                                          **CA. 11-cv-11735-WGY**

**SEAN DEERY and CITY OF BOSTON,**
    **Defendants.**

### DEFENDANT SEAN DEERY'S
### MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, defendant Sean Deery hereby moves that partial summary judgment be entered in his favor. Defendant Deery states there are no genuine issues of material fact as to the claims upon which he moves for summary judgment, and, as such, he is entitled to judgment as a matter of law.

Defendant Deery relies on the attached memorandum of law in support of his motion.

### Request for Hearing

Defendant Deery requests the Court schedule the within motion for hearing.

          Respectfully submitted,
          Sean Deery,
          By his attorneys,

          /s/ Joseph A. Padolsky
          Douglas I. Louison (BBO# 545191)
          dlouison@lccplaw.com
          Joseph A. Padolsky (BBO# 679725)
          jpadolsky@lccplaw.com
          Louison, Costello, Condon & Pfaff, LLP
          101 Summer Street, 4th Floor
          Boston, MA 02110
          (617) 439-0305
          (617) 439-0325 facsimile

2

## **LOCAL RULE 7.1 CERTIFICATION**

The undersigned counsel hereby certifies that on November 9, 2012, he conferred with counsel by telephone in an attempt to narrow the issues and areas of disagreement, and the parties were either unable to reach agreement or did not state a response.

/s/ Joseph A. Padolsky
Joseph A. Padolsky

## **CERTIFICATE OF SERVICE**

I, Joseph A. Padolsky, counsel for the Defendant, Sean Deery, do hereby certify that on this date I served upon counsel for all parties a copy of the foregoing document.

Date:  November 9, 2012          /s/ Joseph A. Padolsky
                                 Joseph A. Padolsky